

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2025
```

**MILLER | FRIEL**
PLLC

Brian G. Friel
Tel. 212.203.6750 / 202.760.3162
276 5TH Ave., Suite 704
New York, NY 10001
frielb@millerfriel.com

April 7, 2025

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *Home Market Foods, Inc. v. Swiss Re Corporate Solutions Capacity Insurance Corporation*, No. 1:25-cv-00941 – Extension Request

Dear Judge Torres:

    Our firm represents Plaintiff Home Market Foods, Inc. ("HMF") in the above-referenced action. Pursuant to Rules I.B, I.C, and II.B of Your Honor's Individual Practices in Civil Cases, HMF requests a one-month extension of time to file: (i) the joint letter and the Case Management Plan and Scheduling Order that are required by Your Honor's February 10, 2025 Order (ECF No. 4); and (ii) the joint letter regarding consent to assign a magistrate judge that is required by Your Honor's February 10, 2025 Order (ECF No. 6). Each of these filings is presently due on April 10, 2025. HMF requests an extension to May 9, 2025.

    HMF respectfully requests that the aforementioned extension be granted because Plaintiff HMF is in the process of serving Defendant Swiss Re Corporate Solutions Capacity Insurance Corporation ("Swiss Re") and thus Swiss Re has not yet had defense counsel enter an appearance. HMF will promptly confer with Swiss Re regarding the submissions required by Your Honor's February 10, 2025 Orders as soon as defense counsel for Swiss Re has entered an appearance in this action.

    This is HMF's first request for an extension in this action. Thank you for Your Honor's time and consideration of this request.

        GRANTED.

        SO ORDERED.

        Dated: April 8, 2025
             New York, New York

                                                ANALISA TORRES
                                                United States District Judge