```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HOME MARKET FOODS, INC.,

               Plaintiff,

-against-                             25 Civ. 941 (AT)

SWISS RE CORPORATE SOLUTIONS                **ORDER**
CAPACITY INSURANCE CORPORATION,

               Defendant.

ANALISA TORRES, District Judge:

       On May 23, 2025, Defendant, Swiss Re Corporate Solutions Capacity Insurance Corporation, moved to dismiss the complaint filed by Plaintiff, Home Market Foods, Inc. ECF No. 14. Under Rule III.B.i of this Court's Individual Practices in Civil Cases, "parties shall exchange two sets of pre-motion letters" before filing any motion to dismiss. The "second set of letters shall be filed with the Court." Individual Practices ¶ III.B.iii. Here, Defendant filed no pre-motion letter with the Court before it filed its motion to dismiss. Defendant is directed to comply with Rule III.B prior to filing any motion to dismiss.

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.

       SO ORDERED.

Dated: May 27, 2025
       New York, New York

                                                          ANALISA TORRES
                                                 United States District Judge