UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HOME MARKETS FOODS, INC.,

                              Plaintiff,

     -against-                                    **25 Civ. 941 (AT) (GS)**

SWISS RE CORPORATE SOLUTIONS                            **ORDER**
CAPACITY INSURANCE
CORPORATION,

                              Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On August 1, 2025, Defendant Swiss Re Corporate Solutions Capacity Insurance Corporation ("Swiss Re"), pursuant to the Court's July 18, 2025 Order (Dkt. No. 26), filed a Notice of Motion to Dismiss the Complaint and an accompanying Declaration from counsel (Dkt. Nos. 27 & 28). Although the Notice of Motion refers to an "accompanying Memorandum of Law," no Memorandum of Law accompanies the motion, as far as the docket reflects. The Court is aware that Swiss Re previously filed a Memorandum of Law in support of its previously filed motion to dismiss (Dkt. No. 15), but that motion has been terminated (Dkt. No. 18). Swiss Re may have intended to resubmit, or to incorporate by reference, its previously filed Memorandum of Law, but it has not done either. Accordingly, Swiss Re shall submit a letter by the close of business **today, August 5, 2025**, informing the Court and Plaintiff of the status of its Memorandum of Law in support of its recently filed motion to dismiss.

       SO ORDERED.

DATED:    New York, New York
                August 5, 2025

                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge