**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
HOME MARKET FOODS, INC.,

                         Plaintiff,

        -against-

SWISS RE CORPORATE SOLUTIONS
CAPACITY INSURANCE CORPORATION,

                         Defendant.
----------------------------------------------------------------X

25 **CIVIL** 941 (AT)

# JUDGMENT

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 26, 2026, Swiss Re's motion to dismiss is GRANTED. The action is DISMISSED WITH PREJUDICE to refiling in federal court. However, the action is DISMISSED WITHOUT PREJUDICE to refiling in a New York state court.

**Dated:** New York, New York

      March 4, 2026

                             **TAMMI M. HELLWIG**

                                          
                                  **Clerk of Court**

**BY:**                K. mango

                                  
                                  **Deputy Clerk**